# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

Nadine Aspilaire

                    **Plaintiff,**

     -against-

Wyeth Pharmaceuticals, Inc.

                    **Defendants.**

- - - - - - - - - - - - - - - - - - - X

07 CV 0952 (WCC)

**JUDGMENT**

*MAR 31 2009*
*S. D. OF N.Y.*

    Defendants having moved for summary judgment and the said motion having come before the Honorable, William C. Conner, United States District Judge and the Court thereafter on March 30, 2009, having handed down its Opinion and Order (Document #34), granting defendants' motion for summary judgment in its entirety. The action is dismissed with prejudice and without costs or attorneys' fees, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed with prejudice and without costs or attorneys' fees.

DATED: White Plains, N.Y.
      March 31, 2009

*J. Michael Mc Mahon*
        Clerk

i:/judgment/aspilaire.952

*E.O.D*